**FILED**

JUN **1 8** 2024

U. S. DISTRICT **COURT**
**EASTERN DISTRICT OF MO**
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
)
RONALD SIMPSON, )
)
    Defendant. )
)

# 4:24CR308 HEA

## WAIVER OF INDICTMENT

I, Ronald Simpson, the above-named defendant, who is accused of one count of wire

fraud, in violation of Title 18, United States Code, Section 1343, being advised of the nature of

the charges, the proposed information, and of my rights, hereby waive in open court on

_6-18-2024_, prosecution by indictment and consent that the proceeding may be by

information rather than indictment.

_____
RONALD SIMPSON
Defendant

_____
SCOTT ROSENBLUM
Attorney for Defendant

Before
    UNITED STATES DISTRICT COURT JUDGE
    EASTERN DISTRICT OF MISSOURI