UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 4:24-cr-308-HEA |
| RONALD SIMPSON, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE**

Defendant, Ronald Simpson, by and through counsel, moves this Court to continue his self-surrender date by 30 days. In support of this motion, Defendant states as follows:

1. On February 10, the United States Marshals Service directed Defendant to surrender to the Bureau of Prisons facility in Springfield, Missouri by 1:00 p.m. on March 10.

2. On Thursday, March 6, Defendant contracted a fever.

3. On Friday, March 7, the fever reached 101 degrees.

4. In response, Defendant's wife drove Defendant to Barnes Jewish Healthcare in St. Peters, Missouri.

5. Doctors there discovered an infection in Defendant's below-the-knee amputation and placed him on IV antibiotics.

6. The hospital released Defendant on Saturday, March 8, with a prescription for two antibiotics and instructions to return to the hospital on March 11 for a check on the infection's status.

7. Despite these instructions and at Defendant's request, Defendant's wife drove

Defendant to Springfield, Missouri, earlier today to ensure he timely self-surrenders.

8. However, given Defendant's open-wound infection, his ongoing fever, and the less sanitary conditions prevalent in prison, a continuance of his self-surrender date seems appropriate.

9. Defendant has incurred no violations while on bond, his below-the-knee amputation is a long-standing medical condition, and he could not have reasonably foreseen his recent change in condition.

10. If this Court grants this motion, Defendant will return to St. Louis from Springfield tomorrow for further care from his treating physician and surrender to the Bureau of Prisons on whatever date this Court assigns.

11. Defendant, through counsel, has discussed this matter with assistant United States attorney Derek Wiseman.

12. Mr. Wiseman does not oppose Defendant's request.

For the reasons above, Defendant respectfully requests this Court continue his self-surrender date for 30 days.

Respectfully submitted,

By: /s/ ADAM FEIN

Adam Fein
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO 63105
(314) 862-4332
afein@rsfjlaw.com

**CERTIFICATE OF SERVICE**

I certify that on March 9, 2025, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Derek J. Wiseman, assistant United States attorney.